IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY COUNTY OFFICE OF CHILDREN YOUTH AND FAMILIES, *et al.*<br><br>Defendants, | 2:26-CV-01300-CCW-PLD |

**ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 8, 2026, the Magistrate Judge issued a Report ("the R&R"), ECF No. 21, recommending that Plaintiff's Motion to Remand to State Court, ECF No. 15, be granted. Service of R&R was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that Plaintiff's Motion to Remand to State Court, ECF No. 15, is **GRANTED**, and the Magistrate Judge's R&R, ECF No. 21, is **ADOPTED** as the Opinion of the District Court.

IT IS FURTHER ORDERED that this case is remanded FORTHWITH to the Allegheny County Court of Common Pleas.

**IT IS SO ORDERED.**

DATED this 9th day of October, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):
All Counsel of Record